810 WEST END AVENUE, INCORPORATED, Respondent, *v.* HENRY R. STERN, Appellant.

*Landlord and tenant — ejectment — constitutionality of chapter 944 of Laws of 1920.*

*810 West End Avenue, Inc.,* v. *Stern,* 194 App. Div. 521, reversed.

(Argued January 19, 1920; decided March 8, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1920, which reversed an order of Special Term denying a motion by plaintiff for judgment on the pleadings and granted said motion. The action was in ejectment, the complaint alleging that defendant was in possession of and refused to vacate an apartment in a building belonging to plaintiff, the lease of · which had expired. Defendant demurred on the ground that the complaint did not state facts sufficient to constitute a cause of action.

The following questions were certified: *First.* Does the complaint allege facts sufficient to constitute a cause of action? *Second.* Is chapter 947 of the Laws of 1920 a constitutional act? *Third.* Does chapter 947 of the Laws of 1920 deprive the plaintiff of his liberty or property without due process of law, in violation of article 1, section 6, of the New York Constitution, and section 1 of the Fourteenth Amendment of the Constitution of the United States? *Fourth.* Does chapter 947 of the Laws of 1920 constitute the taking of private property belonging to the plaintiff for private use without just compensation, in violation of article 1, section 6, of the New York Constitution? *Fifth.* Does chapter 947 of the Laws of 1920 deny to the plaintiff the equal protection of the law, in violation of section 1 of the Fourteenth Amendment of the Constitution of the United States? *Sixth.* Does chapter 947 of the Laws of 1920 impair the obligation of the contract between the plaintiff and the defendant, in violation of article 1, section 10, of the Constitution of the United States?

*David L. Podell, Martin C. Ansorge, Benjamin S. Kirsh, J. J. Podell* and *Raymond L. Wise* for appellant.

*Louis Marshall* and *Lewis M. Isaacs* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and Appellate Division, on opinion of POUND, J., in *People ex rel. Durham Realty Corp.* v. *La Fetra* (230 N. Y. 429), and questions certified answered as follows: No. 2 in the affirmative; remaining questions in the negative.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND and ANDREWS, JJ.; CRANE, J., concurs in result on opinion in *Guttag* v. *Shatzkin* (230 N. Y. 647); McLAUGHLIN, J., dissents on dissenting opinion in *Levy Leasing Co.* v. *Siegel* (230 N. Y. 634).